```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HAKIM ALI BRYANT,              :    CIVIL ACTION
        Plaintiff,             :    NO. 10-3871
                               :
                               :
                               :
    v.                         :
                               :
CITY OF PHILADELPHIA, et al.,  :
        Defendants.            :
```

## ORDER

**AND NOW**, this **27th** day of **January, 2012**, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 19) is **GRANTED** as to Plaintiff's claims against Defendant City of Philadelphia and Defendant Officer Chim.

2. Defendants' Motion for Summary Judgment is **GRANTED** as to all of Plaintiff's claims to the extent they are brought under the First, Sixth, Eighth, and Fourteenth Amendments.

3. Defendants' Motion for Summary Judgment is **GRANTED** as to Plaintiff's Fourth Amendment claim for false arrest against Defendant Officer Ferrero and Defendant Officer Cullen, but is **DENIED** as to Plaintiff's failure to intervene claim against Defendant Officer Cullen.

        **AND IT IS SO ORDERED.**

                **s/Eduardo C. Robreno**

                **EDUARDO C. ROBRENO, J.**