```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HAKIM ALI BRYANT                  :     CIVIL ACTION
                                  :
     v.                           :     NO. 10-3871
                                  :
CITY OF PHILADELPHIA, et al.      :
```

## O R D E R

**AND NOW,** this **12th** day of **September, 2012,** it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Defendant Ferrero and Defendant Cullen and against Plaintiff.


**AND IT IS SO ORDERED**[1]


                                   s/Eduardo C. Robreno
                                   **EDUARDO C. ROBRENO, J.**

---

[1]   All claims having been adjudicated as to all Defendants, the case shall be marked closed.